**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
**UNITED STATES OF AMERICA,**

    -against-

                                                                                          **ORDER**

**DERREK PANNELL,**                                                            **06-CR-0578 (NG) (SMG)**

                  **Defendant.**
------------------------------------------------------------x

**GERSHON, United States District Judge:**

       I have carefully reviewed all of the documents relevant to this bail appeal, including: (1) the transcript of proceedings before Magistrate Judge Steven M. Gold dated September 27, 2006; (2) the indictment; (3) the affidavit of Postal Inspector Vincent Minecci dated July 24, 2006, in support of the arrest warrants and search warrant; (4) two reports from Pre-trial Services; (5) the letter of the defendant dated October 23, 2006; and (6) the letter of the government dated September 27, 2006.

       Finding no error in the conclusion of Magistrate Judge Gold that the defendant is a danger to the community, the order of detention entered by Magistrate Judge James Orenstein, which was considered by Magistrate Judge Gold at the September 27, 2006 hearing, is affirmed.

                                                           **SO ORDERED.**

                                                            /s/ *Nina Gershon*
                                                          **NINA GERSHON**
                                                          **United States District Judge**

Dated: November 2, 2006
       Brooklyn, New York