**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X   06 CR 578 (NG) (MDG)
**UNITED STATES OF AMERICA,**

   **-against-**   <u>**ORDER**</u>

**DERREK PANNELL,**

           **Defendant.**
-----------------------------------------------------------------X

**GERSHON, United States District Judge:**

    By motion dated October 3, 2007, defendant moves for relief pursuant to Rules 34 and 29(c) of the Federal Rules of Civil Procedure. Having reviewed defendant's papers, I find that the motion is meritless. It is therefore denied.

                              **SO ORDERED.**

                                     /s
                              **NINA GERSHON**
                              **United States District Judge**

Dated: January 2, 2008
       Brooklyn, New York